In the Matter of GREGORY JONES, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [682 NYS2d 656] —Motion to extend time to file and serve brief denied. Memorandum: Because this CPLR article 78 proceeding has been dismissed by prior order of this Court, the time to file and serve a brief cannot be extended. In the absence of a showing of merit, the dismissal may not be vacated (*see generally*, 22 NYCRR 1000.13 [g]). Present—Green, J. P., Pine, Hayes, Boehm and Fallon, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE AMADIS, Appellant. [683 NYS2d 458] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. BURNS, Appellant. [683 NYS2d 469] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.— Grand Larceny, 4th Degree.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY CROFT, Appellant. [683 NYS2d 458] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Dadd, J.—Attempted Burglary, 3rd Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.